# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Manglona, Ramona V. | District Court for the Northern Mariana Islands | 06/20/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

123 Koppa di Oru Street
P.O. Box 500687
Saipan, MP 96950

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee and benificiary | Family trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Spouse's salary- Supreme Court, Northern Mariana Islands |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Family Trust | Feb. 11-12, 2015 | Hagatna, Guam | Investment conference | transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 06/20/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Guam | Personal Loan (secured by CD) | K |
| 2. | University of California at Berkeley | Tuition paid monthly pursuant to payment plan | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 06/20/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Bank of Guam- cash accounts | A | Interest | M | T | | | | | |
| 2.  Sunset Life Insurance (Universal) | A | Int./Div. | J | T | | | | | |
| 3.  Rental Property- DFS Saipan, MP (Parcel 1) | D | Rent | N | W | | | | | |
| 4.  Rental Property- Sandy Beach, Chalan Kanoa, Saipan, MP | C | Rent | M | W | | | | | |
| 5.  Family Trust - lines 6 to 104 | G | Int./Div. | P1 | U | | | | | |
| 6.  - Garapan 1 | | | L | W | | | | | |
| 7.  - Garapan 2 | | | | | | | | | |
| 8.  - Garapan 3 | | | | | | | | | |
| 9.  -Navy Hill parcel 1 | | | | | | | | | |
| 10.  -Navy Hill parcel 2 | | | | | | | | | |
| 11.  -Chalan Kanoa parcel 1 | D | Rent | J | W | | | | | |
| 12.  -Chalan Kanoa parcel 2 | | | | | | | | | |
| 13.  -Chalan Kanoa parcel 3 | | | | | | | | | |
| 14.  -DanDan parcel 1 | D | Rent | J | W | | | | | |
| 15.  -DanDan parcel 2 | | | | | | | | | |
| 16.  -DanDan parcel 3 | | | | | | | | | |
| 17.  -Tuturam parcel 1 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Tuturam parcel 2 | | | | | | | | | |
| 19. -Tuturam parcel 3 | | | | | | | | | |
| 20. -Papago parcel 1 | | | | | | | | | |
| 21. -Papago parcel 2 | | | | | | | | | |
| 22. -Papago parcel 3 | | | | | | | | | |
| 23. -Papago parcel 4 | | | | | | | | | |
| 24. -Papago parcel 5 | | | | | | | | | |
| 25. -As Perdido parcel 1 | | | | | | | | | |
| 26. -As Perdido parcel 2 | | | | | | | | | |
| 27. -As Perdido parcel 3 | | | | | | | | | |
| 28. -As Perdido parcel 4 | | | | | | | | | |
| 29. -As Perdido parcel 5 | | | | | | | | | |
| 30. -Chalan Kiya parcel 1 | | | | | | | | | |
| 31. -Chalan Kiya parcel 2 | | | | | | | | | |
| 32. -San Roque parcel 1 | | | | | | | | | |
| 33. -Fina Sisu parcels 1 to 15 | E | Rent | J | W | | | | | |
| 34. -Puerto Rico Village parcel 1 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 06/20/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Tanapag parcel 1 | | | | | | | | | |
| 36. -San Jose village parcel 1 | | | | | | | | | |
| 37. -San Jose village parcel 2 | | | | | | | | | |
| 38. -San Jose village parcel 3 | | | | | | | | | |
| 39. -Rota property 1 | | | | | | | | | |
| 40. -Rota property 2 | | | | | | | | | |
| 41. -Rota property 3 | | | | | | | | | |
| 42. -Garapan leased property 1 | | | | | | | | | |
| 43. -San Jose leased property 1 | | | | | | | | | |
| 44. -Bank of Guam cash accounts | C | Int./Div. | P1 | T | | | | | |
| 45. -First Hawaiian bank cash accounts | E | Int./Div. | L | T | | | | | |
| 46. -United Micronesia Development Association (UMDA) | E | Dividend | K | U | | | | | |
| 47. -Bank of Guam stock | B | Dividend | K | U | | | | | |
| 48. -Bank of Saipan stock | | | J | U | | | | | |
| 49. -Saipan Shipping Co. stock | D | Dividend | J | U | | | | | |
| 50. -Saipan Stevedore Co., Inc. stock | D | Dividend | J | U | | | | | |
| 51. -Duty Free Shoppers Ltd. stock | A | Dividend | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 06/20/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Pacific Sky Travel stock | | | L | U | | | | | |
| 53. -San Roque Beach Dev. Corp. stock | | | J | U | | | | | |
| 54. -M.S. Villagomez Inc. stock | G | Dividend | N | U | | | | | |
| 55. -Northern Marianas Dev. Corp. (NMDC) | | | J | U | | | | | |
| 56. -St. Jude Renal Care Facility | | | | | | | | | |
| 57. -Dreyfus Insured Deposits C | A | Interest | | | | | | | |
| 58. -Family Trust cash account 1 held at Money Concepts Capital Corp. | D | Interest | N | T | | | | | |
| 59. -Family Trust account 1 held at Money Concepts Capital Corp. | D | Dividend | N | T | | | | | |
| 60. -AES Corp Sr Nt | A | Interest | J | T | | | | | |
| 61. -Dolphin Subsidiary II Inc Sr NT | A | Int./Div. | J | T | | | | | |
| 62. -Amerigas Fin Corp/Amerigas Fin LLC GTD Sr NT | A | Int./Div. | J | T | | | | | |
| 63. -Alliant Techsystems Inc. fixed rate Sr Nt | A | Interest | | | Redeemed | 03/11/15 | J | A | |
| 64. -Huntsman Intl LLC Sr Sub Nt | | | | | | | | | |
| 65. -Intelsat Jackson Hldgs S A Sr Nt | A | Interest | J | T | | | | | |
| 66. -Mirant Americas Generation LLC Sr Nt | A | Interest | J | T | | | | | |
| 67. -Donnelley RR&Sons | A | Interest | J | T | | | | | |
| 68. -Constellation Brands Inc. Sr Nt | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 06/20/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Teekay Corp Series ISIN | A | Interest | J | T | | | | | |
| 70. -United Rentals North America Inc Sr Nt | A | Interest | J | T | | | | | |
| 71. -Vulcan Matls Co Fixed Rt note | A | Interest | J | T | | | | | |
| 72. -Zayo Group LLC | A | Interest | | | Redeemed | 04/08/15 | J | A | |
| 73. -United Airlines Pass Thru Tr 2013 | A | Interest | J | T | | | | | |
| 74. -B&G Foods Inc Gtd Fxd Rt | A | Interest | J | T | | | | | |
| 75. -Biomet Inc Gtd Fxd Rt | A | Interest | | | Redeemed | 06/26/15 | J | A | |
| 76. -Peabody Energy Corp Sr Nt | A | Interest | J | T | | | | | |
| 77. -Crown Castle Intl Corp Sr Nt | A | Interest | J | T | | | | | |
| 78. -Chesapeake Energy Corp Sr Nt | A | Interest | J | T | | | | | |
| 79. -CCO Holdings LLC Sr Nt | A | Interest | J | T | | | | | |
| 80. -Centurylink Inc. Sr Nt | A | Interest | J | T | | | | | |
| 81. -Denbury Res Inc. Del SrSub. Nt | A | Interest | J | T | | | | | |
| 82. -Davita Healthcare Partners Inc. Sr Nt | A | Interest | J | T | | | | | |
| 83. -Ferrellgas LP/Ferrellgas Fin Corp Sr Nt | A | Interest | J | T | | | | | |
| 84. -Healthsouth Corp.Gtd Sr Nt | A | Interest | J | T | | | | | |
| 85. -Iron Mtn.Inc. Del SrSub NT | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 06/20/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Lamar Media Corp Gtd Sr Sub Nt | A | Interest | J | T | | | | | |
| 87. -NRG Energy Inc. Gtd Fixed Rt | A | Interest | J | T | | | | | |
| 88. -Polymer Group Inc. GTD Sr. Seed Nt | A | Interest | | | Redeemed | 10/05/15 | J | A | |
| 89. -Range Res Corp. GTD SrSub Nt | A | Interest | J | T | | | | | |
| 90. -Suburban Propane Partners LP/Subn Energy Fin Corp | A | Interest | | | Redeemed | 03/16/15 | J | A | |
| 91. -Penske Automotive Group Inc Fixed Rt | A | Interest | J | T | | | | | |
| 92. -Offshore Group Invt Ltd Sr Seed 1st Lien | A | Interest | J | T | | | | | |
| 93. -Ave Maria Rising Dividend Fund | B | Dividend | M | T | | | | | |
| 94. -Ave Maria Rising Dividend Fund | D | Distribution | L | T | | | | | |
| 95. -Mediacom Broadband Corp Sr Nt | A | Interest | J | T | | | | | |
| 96. -SPDR S&P 500 ETF Tr | B | Dividend | M | T | | | | | |
| 97. -Vanguard Index FDS | A | Dividend | K | T | Buy | 03/19/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. There are real properties listed in this section. All real properties are located in the Commonwealth of the Northern Mariana Islands.

Part VII, line 64: The bond "Huntsman Intl LLC Sr Sub Nt" is left in this 2015 Report to note that it was redeemed on 12/18/2013 but was not recorded as redeemed in the 2013 Report (only that it was purchased in 2013), and was erroneously included in the 2014 Report at line 67.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ramona V. Manglona**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544